# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA
v.

HALEY M. HOLLAND

**JUDGMENT IN A CRIMINAL CASE**
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:08mj73

BRIAN LANG
Defendant's Attorney

☐ **THE DEFENDANT** pled guilty to count(s) 2,

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C 13 and FSS 316.192 | RECKLESS DRIVING | 12/11/07 | 2 |

Count 1 dismissed on motion of the government.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. Fine and special assessment shall be paid on or before February 17, 2010.

| Assessment | Fine |
|---|---|
| $10.00 | $250.00 |

Date of Imposition of Sentence - 11/24/09

Elizabeth M. Timothy
UNITED STATES MAGISTRATE JUDGE

Date: 12-1-09

OFFICE OF CLERK
U.S. DISTRICT CT.
N. DISTRICT OF FLA.

09 DEC -1  PM 2:40